516 832 7555    NIXON PEABODY LLP        11:13:53 a.m.   06-22-2007    3 /4

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ELIZABETH BURBAGE,
                Plaintiff,

- against -

LOUIS PUBLIC COMPANY LIMITED and GROUP
VOYAGERS, INC.,
                Defendants.

and related actions set forth below.
-----------------------------------------------------------x

STIPULATION AND
ORDER EXTENDING
TIME TO ANSWER,
MOVE OR OTHERWISE
RESPOND

(WCC)(GAY)
Case No. 07 CIV. 3665
and related actions set
forth below

ECF CASE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that the time for defendant Group Voyagers, Inc. d/b/a Globus to answer, move or otherwise respond to the Complaints in this action, and the following actions delineated below, which was originally scheduled for June 22, 2007, is hereby extended to and includes July 20, 2007. This represents Group Voyagers, Inc.'s first request for an extension of time.

        Balducci, 7:07-cv-3668-WCC
        Cullen, 7:07-cv-3666-WCC
        Cullen, 7:07-cv-3669-WCC
        De Astis, 7:07-cv-3681-WCC
        Golio, 7:07-cv-3673-WCC
        Horrigan, 7:07-cv-3677-WCC
        La Forge, 7:07-cv-3671-WCC
        Lindsay, 7:07-cv-3680-WCC
        Murphy, 7:07-cv-3672-WCC
        O'Malley, 7:07-cv-3678-WCC
        Rizzuto, 7:07-cv-3679-WCC
        Rizzuto, 7:07-cv-3674-WCC
        Tomasetti, 7:07-cv-3667-WCC
        Winrow, 7:07-cv-3676-WCC

**IT IS FURTHER STIPULATED AND AGREED** that Group Voyagers, Inc. agrees to waive any issue with regard to service of process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

E-
COPIES MAILED TO COUNSEL OF RECORD for 7/
+ MAILED TO Δ COUNSEL

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and filed with the Clerk of the Court in each of the aforementioned actions without further notice, and that signatures obtained via facsimile shall have the same force and effect as original signatures.

Dated: June 22, 2007

**LAW OFFICE OF TODD J. KROUNER**

By: *Jacqueline M. James*
Jacqueline M. James (JJ1845)

93 North Greeley Avenue, Suite 100
Chappaqua, New York 10514
(914) 238-5800

Attorneys for Plaintiff

**NIXON PEABODY LLP**

By: *Joseph J. Ortego*
Joseph J. Ortego (JO3839)
Santo Borruso (SB3936)

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

Attorneys for Defendant
Group Voyagers, Inc. d/b/a Globus

SO ORDERED:

*William C. Conner*
William C. Conner, U.S.D.J.

dated: White Plains, NY
June 27, 2007