ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
ANN HORRIGAN

                          Plaintiff,

-against-

LOUIS PUBLIC COMPANY LIMITED
and GROUP VOYAGERS, INC.

                         Defendants.
———————————————————————X

Index No. 07 Civ 3677 (WCC)
ECF CASE

**CONSENT TO**
**CHANGE ATTORNEY**

      **IT IS HEREBY CONSENTED THAT** Kreindler & Kreindler LLP of 100 Park Avenue, New York, New York 10017 be substituted as attorney(s) of record for the undersigned parties in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: January 18, 2008
       New York, New York

_____
Ann Horrigan

_____
Todd J. Krouner

_____
Kreindler & Kreindler LLP
By: Paul S. Edelman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

STATE OF New York  ) ss.:
COUNTY OF Westchester )

      On the 18 day of January, 2008, before me personally came Ann Horrigan, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that she executed the same.

_____
Notary Public

THERESA BENENATI
Notary Public - State of New York
ID No. 01BE5079360
Qualified in Westchester County
My Commission Expires June 2, 2011

SO ORDERED:

_____
William C. Conner
Senior U.S.D.J
1-28-08

COPIES MAILED TO COUNSEL OF RECORD 1/29/08