```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH BURBAGE,                          :
                                            :
                        Plaintiff,          :        Case No. CV 07 37665
                                            :        and Twenty-Seven
        - against -                         :        Related Actions
                                            :        (WCC)(GAY)
LOUIS PUBLIC COMPANY LIMITED and GROUP      :
VOYAGERS, INC.,                             :        Affidavit of Service
                Defendants.                 :
------------------------------------------------------------x
NORMA BALDUCCI,                             :
                                            :
                                            :
                        Plaintiff,          :        Case No. 07 Civ. 3668 (WCC)
                                            :
                                            :
        -against-                           :
                                            :
                                            :
LOUIS PUBLIC COMPANY LIMITED and GROUP      :
VOYAGERS, INC.,                             :
                                            :
                                            :
                                            :
                Defendants.                 :
                                            :
------------------------------------------------------------x
LORRAINE CARPINO,                           :
                                            :
                                            :
                        Plaintiff,          :        Case No. 07 Civ. 6977 (WCC)
                                            :
                                            :
        -against-                           :
                                            :
                                            :
LOUIS PUBLIC COMPANY LIMITED and GROUP      :
VOYAGERS, INC.,                             :
                                            :
                                            :
                                            :
                Defendants.                 :
------------------------------------------------------------x
PATRICIA DeASTIS                            :
                                            :
                                            :
                        Plaintiff,          :        Case No. 07 Civ. 3681 (WCC)
        -against-                           :
                                            :
                                            :
LOUIS PUBLIC COMPANY LIMITED and GROUP      :
VOYAGERS, INC.,                             :
                                            :
                                            :
                Defendants.                 :
                                            :
------------------------------------------------------------x
```

```
-----------------------------------------------------------x
ANN HORRIGAN,                                              :
                                                           :
                        Plaintiff,                         :   Case No. Civ. 3677 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
LAURA KOSSOW,                                              :
                                                           :
                        Plaintiff,                         :   Case No. Civ. 4638 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
LUCY VITALIANO,                                            :
                                                           :
                        Plaintiff,                         :   Case No. Civ. 6979 (WCC)
                                                           :
        -against-                                          :
                                                           :
LOUIS PUBLIC COMPANY LIMITED and GROUP                     :
VOYAGERS, INC.,                                            :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
```

STATE OF NEW YORK         )
                          )   ss.:
COUNTY OF NEW YORK        )

*Genie Masterson*, being duly sworn, deposes and says that I am not a party to this action, is over 18 years of age, and resides in *Hicksville*, New York. That on the 26th day of February, 2008 I served a copy of ***Plaintiff's Supplemental Memorandum of Law & Affidavit of Paul S. Edelman*** upon:

        Michael E. Unger, Esq.
        Freehill, Hogan & Maher LLP
        Attorneys for Louis P.C.L.
        80 Pine Street
        New York, NY 10005-1750

      Joseph J. Ortego, Esq.
      Scott P. Eisenberg, Esq.
      Nixon Peabody, LLP
      Attorneys for Group Voyagers, Inc.
      50 Jericho Quadrangle, Ste. 300
      Jericho, NY  11753

      Maltman Forman PA
      Attorneys/Counsel for Louis P.C.L.
      2 So. Biscayne Blvd., Ste 2300
      Miami, FL  33131

      Todd J. Krouner, Esq.
      93 No. Greeley Avenue
      Chappaqua, NY  10514

by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                      *[signature]*

Sworn to before me this
_____ day of February 2008

_____
Notary Public

          PAUL S. EDELMAN
     Notary Public, State of New York
           No. 02ED4912574
      Qualified in Westchester County
   Commission Expires February 8, 2009